# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RONALD LYNN MOYER and BEVERLY JEAN MOYER,

Appellants,

v.

In Re: ESTATE OF JACQUELIN A. MOYER,

Appellee.

No. 2D2025-1085
_____

April 1, 2026

Appeal from the Circuit Court for Pinellas County; Pamela Ann Meacomes Campbell, Judge.

Ronald Lynn Moyer and Beverly Jean Moyer, pro se.

Tamara Felton-Howard, Saint Petersburg, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.